UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES E. BRAMLETT,<br><br>    Plaintiff,<br><br>v.<br><br>MARK S. CARICH and JESSICA STOVER,<br><br>    Defendants. | Case No. 13-cv-204-JPG-PMF |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 38) of Magistrate Judge Philip M. Frazier recommending that the Court deny plaintiff Charles E. Bramlett's motion for judicial intervention and protection (Doc. 37).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. It has reviewed the Report for clear error and finds none. Accordingly, the Court:

- **ADOPTS** the Report in its entirety (Doc. 38); and
- **DENIES** Bramlett's motion for judicial intervention and protection (Doc. 37).

The Court further **RESERVES RULING** on Bramlett's motion to voluntarily dismiss this case without prejudice (Doc. 42) until it receives a response from the defendants or until the response period expires. *See* Local Rule 7.1(c).

**IT IS SO ORDERED.**
**DATED:   April 8, 2015**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**